█ GEORGE COOK, Appellant, v. THOMAS R. STRONG, Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Oswego Trial Term dismissing the complaint on a verdict of no cause of

action in an automobile negligence action.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.